UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CLINTON SNYDER,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFONRIA FOR THE COUNTY OF SHASTA,<br><br>Respondent. | No. 2:22-cv-1031 CKD P<br><br><br><br>ORDER |

Mr. Snyder has submitted a petition for a writ of mandate meant for the Superior Court of Shasta County. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court return to petitioner his "petition for writ of mandate;" and

2. The Clerk of the Court close this case.

Dated: June 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
snyd1031.cls